UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED IN COURT
MAY 0 2 2012
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA  :

versus  :  CRIMINAL NO. 12-73-BAJ-SCR

:

HOOR NAZ JAFRI
ROSLYN F. DOGAN
SEDRA J. SIGNATER
ARTHUR SMITH, JR.
KYEIANA E. MURRAY
ROBERT E. BOOKER and
JAMES J. MYER

## WAIVER BY DEFENDANT OF ASSISTANCE OF COUNSEL

I, ROBERT E. BOOKER, defendant in the above-numbered and entitled proceeding, having been advised of my constitutional right to have the assistance of counsel for my defense, including my right to have court-appointed counsel if I cannot afford to retain counsel, hereby declare that I do not desire the assistance of counsel and do hereby waive my right to have the assistance of counsel for my defense for this proceeding only.

Dated this _2_ day of _May_, 2012.

_____
ROBERT E. BOOKER
DEFENDANT