# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 12-73-BAJ-SCR |
| -vs- | |
| HOOR NAZ JAFRI,<br>ROSLYN F. DOGAN,<br>SEDRA J. SIGNATER,<br>ARTHUR SMITH, JR.,<br>KYEIANA E. MURRAY,<br>ROBERT E. BOOKER, AND<br>JAMES J. MYER | AUSA: David M. Maria<br>Shubhra Shivpuri<br><br>Deft. Atty.: MacAllynn Achee<br>André Belanger<br>Ian Hipwell<br>Lance Unglesby |

| | | | |
|---|---|---|---|
| JUDGE: | Stephen C. Riedlinger | DATE: | May 2, 2012 |
| DEPUTY CLERK: | Bridget Wolfe | TAPE/REPORTER: | |
| INTERPRETER: | | PRETRIAL/PROBATION: | Deon Johnson |

CLERK'S MINUTES

5(a) HEARING

All defendants charged in the indictment were present for this hearing, with the exception of Hoor Naz Jafri.

The defendants were advised of their rights, the purpose of this hearing, and the charges pending against them.

Attorneys Achee (for Dogan), Belanger and Hipwell (for Signater and Smith) advised they were representing the defendants for the purpose of this hearing only. Defendants Dogan,

C: cr23; T-1:20

Signater, and Smith, stated they hope to retain these attorneys for future proceedings in this case.

The government read an oral, detailed summary of the charges pending against the defendants.

Defendants Murray, Booker, and Myer advised the court that they plan to retain counsel for future proceedings. These defendants waived the assistance of counsel for this proceeding only. The waivers were read, signed, and filed into the record.

The government moved for detention of defendant Dogan under U.S. 18 U.S.C. § 3142(f)(2).

The government did not move for detention of defendants Signater, Smith, Murray, Booker, and Myer. These defendants were released on their own recognizance with special conditions of release.

The defendants were advised that the pretrial conference is scheduled for June 13, 2012 at 2:00 p.m., and the trial is scheduled for June 26, 2012 at 9:00 a.m., before United States District Judge Brian A. Jackson.

The arraignment is scheduled for Tuesday, May 8, 2012 at 2:00 p.m. before Magistrate Judge Riedlinger.

The hearing was recessed.

C: cr23; T-1:20

When the hearing resumed, defendant Roslyn Dogan requested that her detention hearing be continued.  The detention hearing is set for May 3, 2012 at 10:30 a.m. in Courtroom 5.

Defendant Dogan was remanded to the custody of the United States Marshal.

\* \* \*

**C: cr23; T-1:20**